UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Mitsubishi Electric Corp., et al.,<br><br>-v-<br><br>Vizio, Inc., f/k/a V, Inc., | Plaintiff,<br><br><br><br><br>Defendant. |

Case No. 08 CV 5055 (SCR)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

plaintiffs                                                            (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 06/02/2008

Signature of Attorney

Attorney Bar Code: GRB1345

Rule 7.1 Disclosure Statement

1. No public company owns 10% or more stock of Mitsubishi Electric Corporation.

2. No public company owns 10% or more stock of Samsung Electronics Co., Ltd.

3. No public company owns 10% or more stock of Sony Corp.

4. Thomson Licensing is a wholly owned private subsidiary of Thomson.

5. The Trustees of Columbia University in the City of New York is a private independent entity. No public company owns 10% or more of its stock.

6. No public company owns 10% or more stock of U.S. Philips Corporation.

7. Koninklijke Philips Electronics, N.V. is a public company and no public entity owns 10% or more of its stock.

8. No public company owns 10% or more stock of Victor Company of Japan, Inc.