| TO: Commissioner Of Patents<br>P.O. Box 1450<br>Alexandria, VA 22313    (571) 272-8800 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A<br>*PATENT* OR *TRADEMARK* |
|---|---|

In compliance with the provisions of 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Southern District** on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO.<br>08 CV05055 | DATE FILED<br>6/2/08 | United States District Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601-4150 |
|---|---|---|
| PLAINTIFF Mitsubishi Electric Corporation, et al | | DEFENDANT Vizio, Inc. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. 5,072,295 | 12/10/91 | Mitsubishi |
| 2. 5,990,960 | 11/23/99 | Mitsubishi |
| 3. 6,097,759 | 8/1/00 | Mitsubishi |
| 4. 5,654,706 | 8/5/97 | Samsung |
| 5. 6,680,975 | 1/20/04 | Samsung |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |||
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK ||
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|   |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|   |   |   |

Copy 1  Upon *initiation* of action, mail this copy to Commissioner
Copy 2  Upon *filing document adding patent(s)*, mail this copy to Commissioner
Copy 3  Upon *termination of action*, mail this copy to Commissioner
Copy 4  Case file Copy

| TO: Commissioner Of Patents<br>P.O. Box 1450<br>Alexandria, VA 22313    (571) 272-8800 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A<br>*PATENT* OR *TRADEMARK* |
|---|---|

In compliance with the provisions of 35 § 290 and/or 15, U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _Southern District_ on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED | United States District Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601-4150 |
|---|---|---|
| 08 CV 05055 | 6/2/08 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Mitsubishi Electric Corporation, et al | VIZIO, Inc. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. 5,481,553 | 1/2/96 | Sony |
| 2. 5,946,042 | 8/31/99 | Sony |
| 3. 6,040,863 | 3/21/00 | Sony |
| 4. 7,020,204 | 3/28/06 | Thomson |
| 5. 5,422,676 | 6/6/95 | Thomson |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1    Upon *initiation* of action, mail this copy to Commissioner
Copy 2    Upon *filing document adding patent(s)*, mail this copy to Commissioner
Copy 3    Upon *termination of action*, mail this copy to Commissioner
Copy 4    Case file Copy

| TO: Commissioner Of Patents<br>P.O. Box 1450<br>Alexandria, VA 22313    (571) 272-8800 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A<br>*PATENT* OR *TRADEMARK* |
|---|---|

In compliance with the provisions of 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _Southern District_ on the following  ☐ Patents  or  ☐ Trademarks:

| DOCKET NO.<br>08 CV 05055 | DATE FILED<br>6/2/08 | United States District Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601-4150 |
|---|---|---|
| PLAINTIFF<br>Mitsubishi Electric Corporation, et al | | DEFENDANT<br>Vizio, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1. | 35,093 | 11/21/95 | Columbia |
| 2. | 5,844,867 | 12/1/98 | U.S. Philips |
| 3. | 5,606,539 | 2/25/97 | KPENV |
| 4. | 34,965 | 4/13/95 | JVC |
| 5. | 35,158 | 2/20/96 | JVC |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

Copy 1 — Upon *initiation* of action, mail this copy to Commissioner
Copy 2 — Upon *filing document adding patent(s)*, mail this copy to Commissioner
Copy 3 — Upon *termination of action*, mail this copy to Commissioner
Copy 4 — Case file Copy