# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LG Electronics Co., Ltd., et al., | Plaintiff, |
| **-v-** | |
| Vizio, Inc., f/k/a V, Inc. | |
|  | Defendant. |

Case No. 08 CV 5055 (SCR)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

plaintiffs _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

See attached:

**Date:** 06/12/2008 _____

_____
**Signature of Attorney**

**Attorney Bar Code:** GRB1345 _____

Rule 7.1 Disclosure Statement

1.  No public company owns 10% or more stock of LG Electronics Co., Ltd.

2.  No public company owns 10% or more stock of Mitsubishi Electric Corporation.

3.  No public company owns 10% or more stock of Samsung Electronics Co., Ltd.

4.  No public company owns 10% or more stock of Sony Corp.

5.  Thomson Licensing is a wholly owned private subsidiary of Thomson.

6.  The Trustees of Columbia University in the City of New York is a private independent entity.  No public company owns 10% or more of its stock.

7.  No public company owns 10% or more stock of U.S. Philips Corporation.

8.  Koninklijke Philips Electronics, N.V. is a public company and no public entity owns 10% or more of its stock.

9.  No public company owns 10% or more stock of Victor Company of Japan, Inc.