| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Garrard Beeney<br>125 Broad St<br>New York    NY    10004 | (212) 558-4000 | |
| ATTORNEY FOR (Name | | |
| Insert of Court Name of Judicial District and Branch Court if any<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK | | |
| SHORT TITLE OF CASE<br>MITSUBISHI V. VIZIO | | |

| 1400864 | (HEARING) Date | Time | Dept | Case Number:<br>08CV5055 |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>MITSUBISHI V. VIZIO |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS & COMPLAINT
RULE 7.1 STATEMENT

ON: Vizio, Inc.

   William Wang, agent

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE PERSON HEREINAFTER NAMED, A COPY THEREOF, AT:

AT: 39 Tesla

   Irvine         CA         92618

ON   6/4/2008   AT   2:40:00 PM
COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE OR BUSINESS WITH A PERSON OF SUITABLE AGE AND DISCRETION.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:

   Sarah Tezeda, Person Apparently In Charge

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

| | |
|---|---|
| 7a. Person Serving:  David R.  Miller | d. The fee for service was    $70.42<br>e. I am:<br>(1)    not a registered California process server:<br>(3) X  registered California process server:<br>(i) Independant Contractor<br>(i) Registration No:  434/362<br>(i) County:   oc/la |
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | |
| c. (714) 662-5555 | |

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

6/5/2008   David R.   Miller                                    X _____
                                                                                SIGNATURE

## PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Garrard Beeney<br>125 Broad St<br>New York     NY     10004 | TELEPHONE NO.<br>(212) 558-4000 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name | | |
| Insert of Court Name of Judicial District and Branch Court if any<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK | | |
| SHORT TITLE OF CASE<br>MITSUBISHI V. VIZIO | | |
| 1400864    (HEARING) Date    Time    Dept | Case Number:<br>08CV5055 | |
| | REFERENCE NO.<br>MITSUBISHI V. VIZIO | |

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON   06/05/08

5. b (4)  AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

SUMMONS & COMPLAINT
RULE 7.1 STATEMENT

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT:  COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

Vizio, Inc.

William Wang, agent
39 Tesla
Irvine     CA     92618

DECLARANT:  lisa.steele

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was     $70.42
e. I am:
(1) X    not a registered California process server:
(3)      registered California process server:
   (i) Employee
   (i) Registration No:  434
   (i) County:  Orange

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6/5/2008                                                X _____
                                                            SIGNATURE

## PROOF OF SERVICE

JUDGE ROBINSON

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern   District of   New York

Mitsubishi Electric Corp., Samsung Electronics Co., Ltd., Sony Corp., Thomson Licensing, The Trustees of Columbia University in the City of New York, U.S. Philips Corp., Koninklijke Philips Electronics, N.V., and Victor Company of Japan, Ltd.,

              Plaintiffs,

V.

Vizio, Inc, f/k/a/ V, Inc.,

              Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 5055**

TO: (Name and address of Defendant)

    Vizio, Inc.
    39 Tesla
    Irvine, CA 92618-4603
    (949) 428-2525

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Garrard R. Beeney
    Sullivan & Cromwell LLP
    125 Broad Street
    New York, New York 10004
    (212) 558-4000

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 0 2 2008

CLERK   DATE

(By) DEPUTY CLERK

≥AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                  Date                        *Signature of Server*

                                    _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.