UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MITSUBISHI ELECTRIC CORP., *el al*,

      Plaintiffs,

 v.             :   Case No. 08 CV 5055 (SCR)

VIZIO, INC., f/k/a/ V, Inc.,

      Defendant.

------------------------------------------------------------X

### AFFIDAVIT OF SERVICE OF AMENDED COMPLAINT

STATE OF NEW YORK )
         : ss.:
COUNTY OF NEW YORK )

   DAVID LIEBOV, being duly sworn, deposes and says that he is over 18 and not a party to this action and that on the 13th day of June, 2008, he served, a true copy of the Amended Complaint by Federal Express, upon the Defendant, VIZIO, Inc. at:

         Vizio, Inc.
         39 Tesla
        Irvine, CA 92618.

The package was signed for by A. Garcia at Vizio, Inc. on Monday, June 16, 2008 at 9:59 AM, (California time).

                  */s/ David Liebov*

Sworn to before me this
17th day of June, 2008.

*/s/ Dave James*
Notary Public

DAVE JAMES
Notary Public, State of New York
No. 01JA6179477
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Dec. 24, 2011