AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern District | DISTRICT OF | New York |

Mitsubishi Electric Corp., et al.,

        Plaintiffs,

V.

Vizio, Inc., f/k/a V, Inc.

        Defendant.

**APPEARANCE**

Case Number:  08 CV 5055

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Plaintiffs Mitsubishi Electric Corp., Samsung Electronics Co., Ltd., Sony Corp., Thomson Licensing, The Trustees of Columbia University in the City of New York, U.S. Philips Corporation, Koninklijke Philips Electronics, N.V., Victor Company of Japan, Ltd., and LG Electronics Co., Ltd.

    I certify that I am admitted to practice in this court.

| 6/30/2008 | *(signature)* | |
|---|---|---|
| Date | Signature | |
| | Garrard R. Beeney | GRB 1345 |
| | Print Name | Bar Number |
| | 125 Broad Street | |
| | Address | |
| | New York | NY | 10004 |
| | City | State | Zip Code |
| | (212) 558-4000 | (212) 558-3588 |
| | Phone Number | Fax Number |