AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern District    DISTRICT OF    New York

Mitsubishi Electric Corp., et al.,

       Plaintiffs,

V.

Vizio, Inc., f/k/a V, Inc.

       Defendant.

**APPEARANCE**

Case Number: 08 CV 5055

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs Mitsubishi Electric Corp., Samsung Electronics Co., Ltd., Sony Corp., Thomson Licensing, The Trustees of Columbia University in the City of New York, U.S. Philips Corporation, Koninklijke Philips Electronics, N.V., Victor Company of Japan, Ltd., and LG Electronics Co., Ltd.

I certify that I am admitted to practice in this court.

| 6/30/2008 | *(signature)* | |
|---|---|---|
| Date | Signature | |
| | Emma Gilmore | EG 7831 |
| | Print Name | Bar Number |
| | 125 Broad Street | |
| | Address | |
| | New York | NY | 10004 |
| | City | State | Zip Code |
| | (212) 558-4000 | (212) 558-3588 |
| | Phone Number | Fax Number |