UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MITSUBISHI ELECTRIC CORP., SAMSUNG ELECTRONICS CO., LTD., SONY CORP., THOMSON LICENSING, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, U.S. PHILIPS CORP., KONINKLIJKE PHILIPS ELECTRONICS, N.V., VICTOR COMPANY OF JAPAN, LTD., and LG ELECTRONICS CO., LTD.,

                    Plaintiffs,

- against -

VIZIO, INC., f/k/a V, Inc.,

                    Defendant.

08 Civ. 5055 (SCR)

**STIPULATION & ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendant Vizio, Inc. to answer, move or otherwise respond to the Amended Complaint in this action is hereby extended to and including July 28, 2008, which constitutes a 28-day extension from the original deadline of June 30, 2008. There have been no previous requests for an extension.

Dated: New York, New York
       June 24, 2008

LATHAM & WATKINS LLP

By: _____
    James S. Blank

885 Third Avenue, Suite 1000
New York, New York 10022
(212) 906-1200

*Attorneys for Defendant Vizio, Inc.*

SULLIVAN & CROMWELL LLP

By: _____
    Garrard R. Beeney
    Emma Gilmore

125 Broad Street
New York, New York 10004
(212) 558-3737

*Attorneys for Plaintiffs Mitsubishi Electric Corp., Samsung Electronics Co., Ltd., Sony Corp., Thomson Licensing, The Trustees of Columbia University in the City of New York, U.S. Philips Corp., Koninklijke Philips Electronics, N.V., Victor Company of Japan, Ltd., and LG Electronics Co., Ltd.*

SO ORDERED:

_____
Hon. Stephen C. Robinson, U.S.D.J.

DATED:
July 1, 2008