**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| LG Electronics Co., Ltd., Mitsubishi Electric Corp., Samsung Electronics Co., Ltd., Sony Corp., Thomson Licensing, The Trustees of Columbia University in the City of New York, U.S. Philips Corp., Koninklijke Philips Electronics, N.V., and Victor Company of Japan, Ltd., | § § § § § § § § § § § § § § | 08 Civ. 5055 (SCR) |
| Plaintiffs, | | **JURY TRIAL DEMANDED** |
| - against - | | |
| Vizio, Inc., f/k/a V, Inc., | | |
| Defendant. | | |

## <u>DEFENDANT VIZIO, INC.'S RULE 7.1 STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

attorney of record for Defendant Vizio, Inc. states that Vizio, Inc. does not have a parent

corporation, and that AmTRAN Technology Inc., a Taiwan public corporation, owns more than

10% of its stock.

Dated:  July 29, 2008

Respectfully submitted,

By: /s/ Kurt M. Rogers
    Kurt M. Rogers
    Latham & Watkins LLP
    885 Third Avenue, Suite 1000
    New York, NY 10022-4834
    kurt.rogers@lw.com
    212-906-1200

    Perry Viscounty
    (*pro hac* admission pending)
    Mark Finkelstein
    (*pro hac* admission pending)

Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
perry.viscounty@lw.com
mark.finkelstein@lw.com
714-755-8190

Ryan E. Hatch
(*pro hac* admission pending)
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Ryan.hatch@lw.com
213-485-1234

Attorneys for Defendant
Vizio, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008, I caused the attached document to be sent via email and regular U.S. Mail, per the written agreement of the parties, to:

Garrard R. Beeney
Emma Gilmore
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
gilmoree@sullcrom.com
beeneyg@sullcrom.com

Kenneth Rubenstein
Evan L. Kahn
Anthony C. Coles
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
(212) 969-3000
krubenstein@proskauer.com
ekahn@proskauer.com
acoles@proskauer.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on July 29, 2008.

/s/ Kurt M. Rogers
Kurt M. Rogers