Kurt Rogers
Tel: (212) 906-1200
urt.rogers@lw.com

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

July 28, 2008

## MEMO ENDORSED

**VIA FACSIMILE**

Hon. Stephen C. Robinson
United States District Court
300 Quarropas Street, Room 633
White Plains, New York 10601



Re: *Mitsubishi Electric Corp. v. Vizio, Inc.* (08 Civ. 5055)

Dear Judge Robinson:

We represent Defendant Vizio, Inc. in the above referenced matter, and write to respectfully request a 3-day extension of time until July 31, 2008 by which to answer, move, or otherwise respond to the amended complaint in the above referenced matter. A so-ordered stipulation, entered 7/3/2008, had previously extended this deadline from June 30, 2008 to July 28, 2008. This additional brief extension is sought in light of the severe typhoon which recently struck Taipei, impeding our ability to communicate with our client. Plaintiffs consent to this request for a 3-day extension.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Respectfully yours,

*Kurt M Rogers*

Kurt M. Rogers
of LATHAM & WATKINS LLP

cc: All Counsel of Record

**APPLICATION GRANTED**

*Stephen C Robinson*

HON. STEPHEN C. ROBINSON
7/28/08