UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITSUBISHI ELECTRIC CORP., SAMSUNG ELECTRONICS CO., LTD., SONY CORP., THOMSON LICENSING, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, U.S. PHILIPS CORP., KONINKLIJKE PHILIPS ELECTRONICS, N.V., VICTOR COMPANY OF JAPAN, LTD., and LG ELECTRONICS CO., LTD., <br><br> Plaintiffs, <br><br> - against - <br><br> VIZIO, INC., f/k/a V, Inc., <br><br> Defendant. | 08 Civ. 5055 (SCR) <br><br> **ORDER GRANTING MOTION TO** <br> **ADMIT COUNSEL PRO HAC VICE** |

This matter having been brought before the Court by motion to admit Perry J. Viscounty *pro hac vice* to appear and participate as counsel for Defendant Vizio, Inc. in the above-captioned action, and the declaration of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the bar of the state in which he is admitted to practice law, and there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; it is

ORDERED that, pursuant to Local Civil Rule 1.3(c) of this Court, Perry J. Viscounty of the State of California bar is admitted *pro hac vice* to practice before this Court as counsel for Vizio, Inc. in these proceedings.

Dated: Aug 4, 2008

_____
Honorable Stephen C. Robinson
United States District Judge

USDC SDNY
DOCUMENT
...NICALLY :   D